UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                Plaintiff,<br><br>     v.<br><br>CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security, et al.,<br><br>                Defendants. | 20-CV-1127 (JMF) |

**DECLARATION OF SERVICE**

      I hereby declare that, in accordance with Rule 4 of the Federal Rules of Civil Procedure, I caused a copy of the Complaint and the Summonses in this action to be served on February 12, 2020, by certified mail, return receipt requested, on the following persons and agencies:

      United States of America
      c/o William P. Barr
      Attorney General of the United States
      United States Department of Justice
      950 Pennsylvania Avenue NW
      Washington, D.C. 20530-0001

      Civil-Process Clerk
      United States Attorney's Office
      Southern District of New York
      1 St. Andrew's Plaza
      New York, NY 10007

      Acting Secretary Chad F. Wolf
      United States Department of Homeland Security
      c/o Office of the General Counsel
      245 Murray Lane SW
      Washington, DC 20528

United States Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Washington, DC 20528

Acting Commissioner Mark A. Morgan
United States Customs and Border Protection
c/o Office of the Chief Counsel
1300 Pennsylvania Ave NW
Washington, DC 20004

United States Customs and Border Protection
c/o Office of the Chief Counsel
1300 Pennsylvania Ave NW
Washington, DC 20004

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 12, 2020

By: */s/ Matthew Colangelo*
Matthew Colangelo
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov