AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| State of New York | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20 Civ. 1127 |
| Chad F. Wolf et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York.

Date: 02/18/2020

/s/ Daniela Nogueira
*Attorney's signature*

Daniela Nogueira (NY Bar #5549878)
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
*Address*

daniela.nogueira@ag.ny.gov
*E-mail address*

(212) 416-6544
*Telephone number*

(212) 416-8139
*FAX number*