February 24, 2020

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Plaintiffs' proof of notice in *State of New York v. Wolf*, 20-CV-1127 (JMF).

Dear Judge Furman,

    As directed by the Court's Order dated February 24, 2020 (Docket No. 13), and pursuant to Rule 1.A of the Court's Individual Rules and Practices, Plaintiffs submit this letter to provide the Court with proof that counsel for the Defendants in this action has been notified of the Court's Order.  The undersigned served the Court's February 24 Order and a copy of the Court's Individual Rules and Practices on counsel for the Defendants by email today.  Ex. 1.

           Respectfully submitted,

           LETITIA JAMES
           *Attorney General of the State of New York*

           By: */s/ Matthew Colangelo*
           Matthew Colangelo, *Chief Counsel for Federal Initiatives*
           Office of the New York State Attorney General
           28 Liberty Street
           New York, NY 10005
           Phone: (212) 416-6057
           matthew.colangelo@ag.ny.gov

           Attorney for the State of New York

cc (by email):

Jeffrey Oestericher
Chief, Civil Division
U.S. Attorney's Office
Southern District of New York
Attorney for Defendants Chad F. Wolf, et al.

Christopher T. Dunn
Molly K. Biklen
New York Civil Liberties Union Foundation
Attorneys for Plaintiffs in *Lewis-McCoy v. Wolf*, No. 20-CV-1142 (JMF)