UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
STATE OF NEW YORK, :
:
                                        Plaintiff, :         20-CV-1127 (JMF)
:
        -v- :
:
CHAD F. WOLF, *in his official capacity as Acting* :
*Secretary of Homeland Security*, et al., :
:
                                    Defendants. :
:
------------------------------------------------------------------------X
:
R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of* :
*themselves and all similarly situated individuals*, :
:         20-CV-1142 (JMF)
                                Plaintiffs, :
:
        -v- :             <u>ORDER</u>
:
CHAD WOLF, *in his official capacity as Acting* :
*Secretary of Homeland Security*, et al., :
:
                                  Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Per the Court's Emergency Individual Rules and Practices, the initial pretrial conference scheduled in this case for March 26, 2020, at 4:00 p.m. will be conducted telephonically. The Court has arranged for the use of CourtCall, an independent conference call company, to enable the parties, counsel, and anyone interested (including members of the press) to attend remotely.

       Counsel for the parties must call CourtCall's reservation desk at (888) 882-6878, or make a reservation online at www.courtcall.com, no later than **4:00 p.m. Eastern Time one business day prior to the conference date**. CourtCall will charge parties and counsel participating in the conference $26.25 for the first 45 minutes, and $5.60 for each 15-minute increment thereafter. The Court has received the parties' lists of attorneys who will attend and speak at the conference. If there are any changes to these lists, the parties shall notify the Court no later than **1:00 p.m.** on **March 25, 2020**. Any changes after that time may be made only with express leave of Court, which should be requested by email at Furman_NYSDChambers@nysd.uscourts.gov.

To ensure public access to the conference, the Court has arranged for CourtCall to provide a toll-free number for members of the public and press to listen to the conference. Members of the public and press should call (855) 855-8556, and enter access code 587-8792, followed by the pound (#) key.  There will be no charge for using this line.  Anyone using this line will be in "listen-only" mode and will not be able to speak during the proceedings.

SO ORDERED.

Dated: March 23, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge