```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
STATE OF NEW YORK,                                                :
                                                                  :
                              Plaintiff,                          :     20-CV-1127 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :
CHAD F. WOLF, in his official capacity as Acting                  :
Secretary of Homeland Security, et al.,                           :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
                                                                  :
R. L'HEUREUX LEWIS-MCCOY et al., on behalf of                     :
themselves and all similarly situated individuals,                :
                                                                  :     20-CV-1142 (JMF)
                              Plaintiffs,                         :
                                                                  :
        -v-                                                       :     ORDER
                                                                  :
CHAD WOLF, in his official capacity as Acting                     :
Secretary of Homeland Security, et al.,                           :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the telephonic initial conference held on March 26, 2020, any submissions by Plaintiffs in these cases shall be filed jointly unless the Court grants permission to do otherwise upon application by letter-motion filed on ECF.

Additionally, unless and until the Court orders otherwise, the following deadlines shall apply to proceedings in these cases:

- By **April 1, 2020**, Plaintiffs shall file any amended complaints.

- By **April 15, 2020**, Defendants shall file any motion to dismiss and, after meeting and conferring with defense counsel, the *Lewis-McCoy* Plaintiffs shall file any motion for class certification.

- By **April 24, 2020**, Defendants shall produce the Administrative Record.

- By **April 29, 2020**, Plaintiffs shall file a joint opposition to Defendants' motion to dismiss and Defendants shall file any opposition to any motion for class certification.

- Unless and until the Court orders otherwise, by **May 1, 2020**, Defendants shall provide to Plaintiffs a privilege log listing any documents withheld, in whole or in part, from the Administrative Record on the basis of privilege. If Defendants believe that they should not be required to provide a privilege log, they shall file a letter-motion to that effect, not to exceed five pages, by **April 8, 2020**. Any opposition to such a motion, also by letter not to exceed five pages, shall be filed by **April 15, 2020**. No reply shall be filed absent leave of Court.

- By **May 6, 2020**, Defendants shall file any reply in support of their motion to dismiss and the *Lewis-McCoy* Plaintiffs shall file any reply in support of any motion for class certification.

- By **May 11, 2020**, after meeting and conferring with defense counsel, Plaintiffs shall file any motion, by letter not to exceed five pages, to complete the Administrative Record or compel extra-record discovery. Any opposition to such a motion, also by letter not to exceed five pages, shall be filed by **May 18, 2020**. No reply shall be filed absent leave of Court.

- By **June 5, 2020**, Defendants shall file any motion for summary judgment as to the Administrative Procedure Act claims. Plaintiffs shall file any opposition and any cross-motion (supported by one consolidated memorandum of law) by **June 26, 2020**. Defendants shall file any reply and opposition to any cross-motion (also supported by one consolidated memorandum of law) by **July 10, 2020**. If Plaintiffs file a cross-motion, they shall file any reply in support by **July 17, 2020**.

As long as the Court's Emergency Individual Rules and Practices in Light of COVID-19 remain in effect, the parties should not submit paper courtesy copies of any briefing to the Court.

SO ORDERED.

Dated: April 1, 2020
New York, New York

JESSE M. FURMAN
United States District Judge