UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                              Plaintiff,<br><br>     -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security,* et al.,<br><br>                              Defendants. | No. 20 Civ. 1127 (JMF) |
| R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of themselves and all similarly situated individuals*,<br><br>                              Plaintiffs,<br><br>     -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security*, et al.,<br><br>                              Defendants. | No. 20 Civ. 1142 (JMF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Partial Motion to Dismiss New York's Complaint and the Class-Action Amended Complaint, Defendants, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the constitutional claims from New York's Complaint and the *Lewis-McCoy* Plaintiffs' Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: April 15, 2020
      New York, New York

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York
                              *Attorney for Defendants*

By:    */s/ Zachary Bannon*
           ZACHARY BANNON
           ELIZABETH KIM
           CHRISTOPHER CONNOLLY
           Assistant United States Attorney
           86 Chambers Street, 3rd Floor
           New York, New York 10007
           Tel:   (212) 637-2728, 2745, 2761
           Fax:  (212) 637-2717
           Email: Zachary.Bannon@usdoj.gov
                    Elizabeth.Kim@usdoj.gov
                    Christopher.Connolly@usdoj.gov