UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>         Plaintiff,<br><br> -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security,* et al.,<br><br>         Defendants. | No. 20 Civ. 1127 (JMF) |
| R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of themselves and all similarly situated individuals*,<br><br>         Plaintiffs,<br><br> -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security*, et al.,<br><br>         Defendants. | No. 20 Civ. 1142 (JMF) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to the Court's Order in the above-captioned matters dated April 29, 2020 [ECF No. 45, ECF No. 51], Defendants herewith file a copy of the Administrative Record of the February 5, 2020, decision of the Acting Secretary of Homeland Security, which is the subject of this litigation. The Certification and Index of the Administrative Record are also attached to this Notice.

Dated: New York, New York
      May 1, 2020

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:     /s/ Zachary Bannon
ZACHARY BANNON
ELIZABETH J. KIM
CHRISTOPHER K. CONNOLLY
Assistant United States Attorneys
86 Chambers St. 3rd Floor
New York, New York 10007
Tel.:   212-637-2728, 2745, 2761
Fax:   212-637-2717
E-mail: Zachary.Bannon@usdoj.gov
        Elizabeth.Kim@usdoj.gov
        Christopher.Connolly@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK<br><br>     Plaintiffs,<br>v.<br><br>CHAD F. WOLF, et al.<br><br>     Defendants. | No. 1:20-cv-1127 |
| LEWIS-MCCOY, et al.<br><br>     Plaintiffs,<br>v.<br><br>CHAD WOLF, et al.<br><br>     Defendants. | No. 1:20-cv-1142 |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Acting Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since September 2019.

I am the custodian of the February 5, 2020 Letter to Mr. Schroeder and Mrs. Egan, and of a copy of the administrative record for the decision for DHS. I certify that, to the best of my knowledge, information, and belief, the attached index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered.

3

Executed this 24th day of April, 2020 in Washington, D.C.

                                                   JULIANA J BLACKWELL
                                                   Digitally signed by JULIANA J BLACKWELL
                                                   Date: 2020.04.24 19:47:29 -04'00'

                                                    Juliana Blackwell
                                                    Acting Executive Secretary

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:20-cv-1127 |
| | ) | |
| CHAD F. WOLF, et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LEWIS-MCCOY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:20-cv-1142 |
| | ) | |
| CHAD WOLF, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFIED INDEX TO ADMINISTRATIVE RECORD**

**DOCUMENT** **PAGE**

1. Letter from Acting Secretary Wolf to M. Schroeder and T. Egan (Feb. 5, 2020) ...................................................................................................................DHSGLL001

2. Memorandum from the Acting Secretary re: Operational Assessment of State Laws Restricting the Sharing of Department of Motor Vehicle Information with DHS (Dec. 30, 2019) ...................................................................................................................DHSGLL004

3. Memorandum from U.S. Customs and Border Protection re State of New York's "Green Light Law" (Dec. 30, 2019)...........................................................................DHSGLL006

4. Memorandum from the Acting Commissioner re: New York "Green Light Law" Implications and Recommendations (Jan. 8, 2020).........................................DHSGLL009

5. Federal Emergency Management Agency Response to Dec. 30, 2019 Memorandum ...................................................................................................................DHSGLL014

6. Transportation Security Administration Response to Dec. 30, 2019 Memorandum ...................................................................................................................DHSGLL016

7. U.S. Immigration and Customs Enforcement Response to Dec. 30, 2019 Memorandum ...................................................................................................................DHSGLL018

8. United States Coast Guard Response to Dec. 30, 2019 Memorandum ............DHSGLL026

1

9. United States Citizenship and Immigration Services Response to Dec. 30, 2019 Memorandum ................................................................................................DHSGLL027

10. United States Secret Service Response to Dec. 30, 2019 Memorandum ..........DHSGLL029

11. Memorandum from the Senior Official Performing the Duties of Under Secretary, Office of Strategy, Policy, and Plans re: Component Operational Impact Assessments of State Laws Restricting the Sharing of DMV Data with DHS ....................................DHSGLL031

12. Memorandum of Agreement between the New York State Department of Motor Vehicles and the United States Department of Homeland Security ................................DHSGLL042

13. Consolidated Trusted Traveler Programs Handbook .......................................DHSGLL048

14. Email re FW: Green Light Law (Feb. 4, 2020) .................................................DHSGLL062