

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

May 1, 2020

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *New York v. Chad F. Wolf, et al.*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.)
            *Lewis-McCoy, et al. v. Chad Wolf, et al.*, No. 20 Civ. 1142 (JMF) (S.D.N.Y.)

Dear Judge Furman:

      This Office represents defendants in the above-referenced actions. Pursuant to the Court's scheduling order, defendants' deadline to produce privilege logs to the plaintiffs in these cases is today. Defendants write to respectfully advise the Court that they have produced those privilege logs. If the Court requires copies of the privilege logs, defendants can provide them to the Court by email or ECF.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney for the
                                  Southern District of New York

        By:    /s/ Zachary Bannon
               ZACHARY BANNON
               ELIZABETH KIM
               CHRISTOPHER CONNOLLY
               Assistant United States Attorneys
               86 Chambers St. 3rd Floor
               New York, New York 10007
               Tel.:    212-637-2728, 2745, 2761
               Fax:    212-637-2717
               E-mail: Zachary.Bannon@usdoj.gov
                             Elizabeth.Kim@usdoj.gov
                             Christopher.Connolly@usdoj.gov