UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
STATE OF NEW YORK,                                                      :
:
                    Plaintiff,    :        20-CV-1127 (JMF)
:
    -v-                                                               :
:
CHAD F. WOLF, *in his official capacity as Acting*                      :
*Secretary of Homeland Security*, et al.,                               :
:
                    Defendants.    :
:
------------------------------------------------------------------------X
:
R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of*                         :
*themselves and all similarly situated individuals*,                    :
:        20-CV-1142 (JMF)
                  Plaintiffs,   :
:
    -v-                                                               :        <u>ORDER</u>
:
CHAD WOLF, *in his official capacity as Acting*                         :
*Secretary of Homeland Security*, et al.,                               :
:
                  Defendants.    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 11, 2020, Plaintiffs in these cases moved to compel Defendants to complete the Administrative Record by producing documents withheld or redacted based upon assertions of privilege. *See* 20-CV-1127, ECF No. 50; 20-CV-1142, ECF No. 56. Defendants' response is due by May 18, 2020. *See* 20-CV-1127, ECF No. 22; 20-CV-1142, ECF No. 23. By the same date, Defendants shall submit the documents at issue for the Court's *in camera* review by filing them under seal on ECF (selecting the *ex parte* viewing level), in accordance with Section 6 of

the S.D.N.Y. Electronic Case Filing Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

    SO ORDERED.

Dated: May 12, 2020  
      New York, New York

                                        JESSE M. FURMAN  
                                     United States District Judge