```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
STATE OF NEW YORK,                                             :
                                                               :
                                Plaintiff,                     :   20-CV-1127 (JMF)
                                                               :
        -v-                                                    :
                                                               :
CHAD F. WOLF, in his official capacity as Acting               :
Secretary of Homeland Security, et al.,                        :
                                                               :
                                Defendants.                    :
                                                               :
---------------------------------------------------------------X
                                                               :
R. L'HEUREUX LEWIS-MCCOY et al., on behalf of                  :
themselves and all similarly situated individuals,             :
                                                               :   20-CV-1142 (JMF)
                                Plaintiffs,                    :
                                                               :
        -v-                                                    :   ORDER
                                                               :
CHAD WOLF, in his official capacity as Acting                  :
Secretary of Homeland Security, et al.,                        :
                                                               :
                                Defendants.                    :
                                                               :
---------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Currently pending before the Court is Plaintiffs' motion to compel Defendants to complete the Administrative Record by producing documents withheld or redacted on privilege grounds. *See* 20-CV-1127, ECF No. 50; 20-CV-1142, ECF No. 56. The resolution of this motion may affect Defendants' anticipated motion for summary judgment as to Plaintiffs' Administrative Procedure Act claims, for which briefing is scheduled to begin on June 5, 2020. *See* 20-CV-1127, ECF No. 22; 20-CV-1142, ECF No. 23. Accordingly, the parties shall meet and confer and submit a joint letter by **June 3, 2020**, stating their views on whether the briefing

schedule should be adjusted in light of the litigation over Defendants' assertions of privilege —

and if so, proposing a revised schedule.

    SO ORDERED.

Dated: June 1, 2020
       New York, New York

                               JESSE M. FURMAN
                          United States District Judge