June 3, 2020

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

        Re:    *State of New York v. Chad F. Wolf*, 20 Civ. 1127 (S.D.N.Y.)
              *Lewis-McCoy v. Chad Wolf*, 20 Civ. 1142 (S.D.N.Y.)

Dear Judge Furman:

      The parties to the above-referenced matters submit this joint letter pursuant to the Court's June 1, 2020 order. ECF Nos. 59, 65. Having met and conferred on June 2, 2020, the parties agree that the briefing schedule for the upcoming summary judgment motions should be adjusted in light of plaintiffs' pending motion to compel defendants to complete the administrative record. ECF Nos. 50, 56. Accordingly, we propose the following revised schedule:

- Defendants shall file any motion for summary judgment as to the Administrative Procedure Act claims within 10 days of the Court's ruling on plaintiffs' motion to compel defendants to complete the administrative record;
- Plaintiffs shall file any opposition and any cross-motion (supported by one consolidated memorandum of law) within 3 weeks of the date defendants file their motion for summary judgment;
- Defendants shall file any reply and opposition to any cross-motion (also supported by one consolidated memorandum of law) within 2 weeks of the date plaintiffs file their opposition and cross-motion; and
- Plaintiffs shall file any reply in support of their cross-motion within 1 week of the date defendants file their reply and opposition.

      We thank the Court for its attention to these matters.

                              Respectfully,

                              GEOFFREY S. BERMAN
                              United States Attorney

              By:     /s/ Zachary Bannon
                        CHRISTOPHER K CONNOLLY
                        ELIZABETH J. KIM
                        ZACHARY BANNON
                        *Assistant United States Attorneys*

United States Attorney's Office for the
Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Tel.: (212) 637-2728, 2745, 2761
Email: Zachary.Bannon@usdoj.gov
  Elizabeth.Kim@usdoj.gov
  Chirstopher.Connolly@usdoj.gov

*Attorney for the Defendants*

By:   /s/ Matthew Colangelo
Matthew Colangelo,
  *Chief Counsel for Federal Initiatives*
Elena Goldstein, *Deputy Chief, Civil Rights Bureau*
Daniela Nogueira, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Tel.: (212) 41606057
Email: matthew.colangelo@ag.ny.gov

*Attorneys for the State of New York*

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

By:   /s/ Antony P.F. Gemmell
Antony P.F. Gemmell
Molly K. Biklen
Jessica Perry
Jordan Laris Cohen
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3320
Email: agemmell@nyclu.org

*Attorneys for the Plaintiffs and the Class in Lewis-McCoy v. Wolf*

The proposed deadlines are adopted. The Clerk of Court is directed to terminate 20-CV-1127, ECF No. 58, and 20-CV-1142, ECF No. 64. SO ORDERED.

June 3, 2020