UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>         Plaintiff,<br><br> -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security,* et al.,<br><br>         Defendants. | No. 20 Civ. 1127 (JMF) |
| R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of themselves and all similarly situated individuals*,<br><br>         Plaintiffs,<br><br> -v-<br><br>CHAD WOLF, *in his official capacity as Acting Secretary of Homeland Security*, et al.,<br><br>         Defendants. | No. 20 Civ. 1142 (JMF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon (1) the accompanying Memorandum of Law in Support of Defendants' Partial Motion for Summary Judgment, (2) the Declaration of Robert E. Perez, (3) the Declaration of Pete R. Acosta, (4) the Declaration of Scott Glabe, and (5) the Administrative Record, Defendants, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment in favor of Defendants on the Administrative Procedure Act claims from New York's Complaint and the *Lewis-McCoy* Plaintiffs' Amended Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: June 19, 2020
      New York, New York

                      GEOFFREY S. BERMAN
                      United States Attorney for the
                      Southern District of New York
                      *Attorney for Defendants*

By:    */s/ Zachary Bannon*
        ZACHARY BANNON
        ELIZABETH KIM
        CHRISTOPHER CONNOLLY
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel:    (212) 637-2728, 2745, 2761
        Fax:   (212) 637-2717
        Email: Zachary.Bannon@usdoj.gov
                  Elizabeth.Kim@usdoj.gov
                  Christopher.Connolly@usdoj.gov