UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
STATE OF NEW YORK,                                             :
                                                               :
                              Plaintiff,                       :          20-CV-1127 (JMF)
                                                               :
              -v-                                              :
                                                               :
CHAD F. WOLF, *in his official capacity as Acting              :
Secretary of Homeland Security*, et al.,                       :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
                                                               :
R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of*                :
*themselves and all similarly situated individuals*,           :
                                                               :          20-CV-1142 (JMF)
                              Plaintiffs,                       :
                                                               :
              -v-                                              :          ORDER
                                                               :
CHAD WOLF, *in his official capacity as Acting*                :
*Secretary of Homeland Security*, et al.,                      :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Earlier today, the Department of Homeland Security announced that it "will lift its ban on
the Trusted Traveler Program (TTP) for New York residents."  July 23, 2020 Press Release,
*available at* https://www.dhs.gov/news/2020/07/23/new-york-amends-dangerous-green-light-
law-cooperate-federal-law-enforcement-dmv.  No later than **July 28, 2020**, counsel shall confer
and advise the Court what effect that announcement has on these cases, including whether or
when they should be dismissed as moot.

  SO ORDERED.

Dated: July 23, 2020
   New York, New York      _____
                  JESSE M. FURMAN
                United States District Judge