August 10, 2020

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Joint letter proposing briefing schedule for attorneys' fees motion in *State of New York v. Wolf, et al.*, 20 Civ. 1127, and *Lewis-McCoy v. Wolf, et al.*, 20 Civ. 1142.

Dear Judge Furman,

      Pursuant to the Court's orders of July 29, 2020, ECF No. 92, and August 7, 2020, ECF No. 96, the parties propose the following schedule to brief attorneys' fees:

1. On **August 31, 2020**, Plaintiffs shall file a motion for attorneys' fees;

2. On **September 10, 2020**, Defendants shall file their opposition; and

3. On **September 17, 2020**, Plaintiffs shall file their reply.

      Respectfully submitted,

      LETITIA JAMES
      *Attorney General of the State of New York*

      By: */s/ Daniela L. Nogueira*
      Daniela L. Nogueira, *Assistant Attorney General*
      Matthew Colangelo, *Chief Counsel for Federal Initiatives*
      Elena Goldstein, *Deputy Chief, Civil Rights Bureau*
      Office of the New York State Attorney General
      28 Liberty Street
      New York, NY 10005
      Phone: (212) 416-6544
      daniela.nogueira@ag.ny.gov

      Attorneys for Plaintiff in 20 Civ. 1127


      NEW YORK CIVIL LIBERTIES UNION FOUNDATION

      By: */s/ Antony P.F. Gemmell*
      Antony P.F. Gemmell
      Molly K. Biklen
      Jessica Perry

Jordan Laris Cohen
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
212-607-3300
agemmell@nyclu.org

Attorneys for Plaintiffs and the Class in 20 Civ. 1142


AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: /s/ *Zachary Bannon*
ZACHARY BANNON
ELIZABETH KIM
CHRISTOPHER CONNOLLY
Assistant United States Attorneys
86 Chambers St. 3rd Floor
New York, New York 10007
Tel.:    212-637-2728, 2745, 2761
Fax:    212-637-2717
E-mail: Zachary.Bannon@usdoj.gov
           Elizabeth.Kim@usdoj.gov
           Christopher.Connolly@usdoj.gov

Attorneys for the Defendants