UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>         Plaintiff,<br><br> - against -<br><br>CHAD F. WOLF *et al.*,<br><br>         Defendants. | ECF CASE<br><br>No. 20 Civ. 1127 (JMF)<br><br><u>NOTICE OF APPEARANCE</u> |

TO: Clerk of Court
    United States District Court
    Southern District of New York

    The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for Defendants and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date: New York, New York
     August 10, 2020

                       Respectfully submitted,

                          AUDREY STRAUSS
                          Acting United States Attorney for the
                          Southern District of New York

                 By:  /s/ Jeffrey Oestericher
                          JEFFREY OESTERICHER
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Telephone: (212) 637-2695
                          Facsimile:  (212) 637-2730
                           Email: Jeffrey.Oestericher@usdoj.gov