August 31, 2020

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Status Report in *State of New York v. Wolf, et al.*, 20 Civ. 1127 (S.D.N.Y.), and *Lewis-McCoy v. Wolf, et al.*, 20 Civ. 1142 (S.D.N.Y.).

Dear Judge Furman,

      The parties respectfully write in response to the Court's August 27, 2020 order requesting that the parties update the Court on the status of their good-faith settlement negotiations. The parties have worked diligently and in good faith but have not been able to reach a resolution on all terms of a proposed consent judgment. Notwithstanding the parties' continued efforts, consensual resolution of these matters is not likely and continued deferral of action on Plaintiffs' unopposed motion for partial summary judgment appears unnecessary. Counsel for Defendants have been informed that CBP is working to remediate the residual effects of the rescinded policy at issue in this litigation.

      Respectfully submitted,

      LETITIA JAMES
      *Attorney General of the State of New York*

      By: */s/ Elena Goldstein*
      Elena Goldstein, *Deputy Chief, Civil Rights Bureau*
      Daniela L. Nogueira, *Assistant Attorney General*
      Matthew Colangelo, *Chief Counsel for Federal Initiatives*

      Office of the New York State Attorney General
      28 Liberty Street
      New York, NY 10005
      Phone: (212) 416-6544
      daniela.nogueira@ag.ny.gov

      Attorneys for Plaintiff in 20 Civ. 1127


      NEW YORK CIVIL LIBERTIES UNION FOUNDATION

      By: */s/ Antony P.F. Gemmell*
      Antony P.F. Gemmell
      Molly K. Biklen
      Jessica Perry

Jordan Laris Cohen
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
212-607-3300
agemmell@nyclu.org

Attorneys for Plaintiffs and the Class in 20 Civ. 1142


AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:   */s/ Zachary Bannon*
ZACHARY BANNON
ELIZABETH KIM
CHRISTOPHER CONNOLLY
Assistant United States Attorneys
86 Chambers St. 3rd Floor
New York, New York 10007
Tel.:   212-637-2728, 2745, 2761
Fax:   212-637-2717
E-mail: Zachary.Bannon@usdoj.gov
          Elizabeth.Kim@usdoj.gov
          Christopher.Connolly@usdoj.gov

Attorneys for the Defendants