

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 31, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *New York v. Chad F. Wolf, et al.*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.)
           *Lewis-McCoy, et al. v. Chad Wolf, et al.*, No. 20 Civ. 1142 (JMF) (S.D.N.Y.)

Dear Judge Furman:

    This Office represents the defendants in the above-referenced actions. In connection with plaintiffs' pending motions for summary judgment, we write respectfully to advise the Court that counsel for the U.S. Department of Homeland Security ("DHS") has informed this Office that U.S. Customs and Border Protection ("CBP") is continuing to evaluate the means by which it can obtain DMV information in order to vet all Trusted Traveler Program applicants, including from state and territorial governments, third parties, or applicants themselves. We are not certain that this continuing evaluation by CBP is directly pertinent to the Court's determination of the motions pending in this case, but in the overall context of this litigation we believe this is information the Court should be aware of. Should the Court desire any further information the Government would be pleased to comply.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney for the
                                        Southern District of New York

                    By:    /s/ Zachary Bannon
                              ZACHARY BANNON
                              ELIZABETH KIM
                              CHRISTOPHER CONNOLLY
                              Assistant United States Attorneys
                              86 Chambers St. 3rd Floor
                              New York, New York 10007
                              Tel.:    212-637-2728, 2745, 2761
                              Fax:    212-637-2717
                              E-mail: Zachary.Bannon@usdoj.gov
                                            Elizabeth.Kim@usdoj.gov
                                            Christopher.Connolly@usdoj.gov