UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                                  Plaintiff,<br><br>    -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security,* et al.,<br><br>                                Defendants. | No. 20 Civ. 1127 (JMF) |
| R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of themselves and all similarly situated individuals,*<br><br>                                Plaintiffs,<br><br>    -v-<br><br>CHAD WOLF, *in his official capacity as Acting Secretary of Homeland Security,* et al.,<br><br>                                Defendants. | No. 20 Civ. 1142 (JMF)<br><br>**[PROPOSED] STIPULATION AND ORDER** |

WHEREAS, on February 5, 2020, the Acting Secretary of Homeland Security advised the New York State Department of Motor Vehicles that New York residents would no longer be eligible to enroll or re-enroll in U.S. Customs and Border Protection's ("CBP's") Trusted Traveler Programs, and that the export of New York-titled vehicles would be delayed and costlier (the "TTP Decision");

WHEREAS, the State of New York initiated *New York v. Wolf*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.), and a number of individuals representing a now-certified class of New York residents initiated *Lewis-McCoy v. Wolf*, No. 20 Civ. 1142 (JMF) (S.D.N.Y.), challenging the TTP Decision under the Administrative Procedure Act and the United States Constitution;

WHEREAS, on July 23, 2020, the Department of Homeland Security announced the rescission of the TTP Decision;

WHEREAS, on October 13, 2020, the Court issued an order vacating and remanding the TTP Decision, and directing the parties to confer and submit a joint letter addressing whether there is a need or basis for additional relief;

WHEREAS, in a letter dated October 20, 2020, plaintiffs expressed their intention to seek further relief from the Court, and sought an expedited briefing schedule on their anticipated application unless "Defendants can state that they will not re-institute a ban on Trusted Traveler Program enrollment before this Court has had an opportunity to consider Plaintiffs' request for injunctive relief"; and

WHEREAS, on October 21, 2020, the Court entered an order adopting the plaintiffs' briefing schedule and inviting the parties to modify that schedule if defendants "would provide Plaintiffs with the assurances they seek pending a final ruling" on plaintiffs' anticipated application;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, as follows:

1. CBP will not re-institute a ban on Trusted Traveler Program enrollment for New York residents before this Court has had an opportunity to consider plaintiffs' request for injunctive relief.

2. The parties' briefing schedule on plaintiffs' anticipated application shall be amended as follows, upon the Court's entry of this stipulation:

- By November 13, 2020, plaintiffs will file their motion for additional relief.

- By December 7, 2020, defendants will file an opposition to plaintiffs' motion.

- By December 14, 2020, plaintiffs will file any reply in support of their motion.

3. This stipulation contains the entire agreement between the parties, and any statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties that are not included herein are of no force or effect.

4. If not approved and entered by the Court, this stipulation shall be null and void, with no force or effect.

5. The stipulation may be executed in one or more counterparts.

Dated: October 23, 2020  
       New York, New York

LETITIA JAMES  
Attorney General of the State of New York

By: /s/ *Elena Goldstein*  
ELENA GOLDSTEIN  
MATTHEW COLANGELO  
DANIELA NOGUEIRA  
Office of the New York State  
  Attorney General  
28 Liberty Street  
New York, New York 10005  
Tel.: (212) 416-6201/6057/6544  
Email: elena.goldstein@ag.ny.gov  
      matthew.colangelo@ag.ny.gov  
      daniela.nogueira@ag.ny.gov

*Attorneys for Plaintiff the State of New York*

Dated: October 23, 2020  
       New York, New York

AUDREY STRAUSS  
Acting United States Attorney for  
the Southern District of New York

By: */s/ Zachary Bannon*  
ZACHARY BANNON  
ELIZABETH J. KIM  
CHRISTOPHER CONNOLLY  
Assistant United States Attorneys  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.: (212) 637-2728/2745/2761  
Email: zachary.bannon@usdoj.gov  
elizabeth.kim@usdoj.gov  
christopher.connolly@usdoj.gov

*Attorney for Defendants*

Dated: October 26, 2020
New York, New York


By:     /s/ Antony P.F. Gemmell
        ANTONY P.F. GEMMELL
        MOLLY BIKLEN
        JESSICA PERRY
        JORDAN LARIS COHEN
        CHRISTOPHER T. DUNN
        New York Civil Liberties Union Foundation
        125 Broad Street
        New York, New York 10004
        Tel.: (212) 607-3320/3380/3318/3343/3318
        Email: agemmell@nyclu.org
               mbiklen@nyclu.org
               jperry@nyclu.org
               jlariscohen@nyclu.org
               cdunn@nyclu.org

*Attorneys for the Class-Action Plaintiffs*


SO ORDERED:

Dated: New York, New York
       October 26, 2020

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

4