UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                Plaintiff,<br><br>    v.<br><br>PETER GAYNOR[1], in his official capacity as Acting Secretary of Homeland Security, et al.,<br><br>                Defendants. | No. 20 Civ. 1127 (JMF) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Elena Goldstein, respectfully ask this Court for leave to withdraw as counsel for the State of New York due to my pending departure from the New York State Office of the Attorney General. Attorney Daniela Nogueira will continue to represent the State of New York as the case proceeds. My withdrawal as counsel will not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Peter Gaynor is hereby substituted for Chad Wolf, who resigned on January 11, 2021.

DATED: January 15, 2021

                               Respectfully submitted,
**LETITIA JAMES**
*Attorney General of the State of New York*

By: */s/ Elena Goldstein*
Elena Goldstein,
 *Deputy Bureau Chief, Civil Rights Bureau*
Office of the New York State Attorney General
New York, New York 10005
Phone: (212) 416-6201
elena.goldstein@ag.ny.gov

*Attorney for the State of New York*