UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>CHAD F. WOLF, et al.,<br><br>    Defendants. | No. 20 Civ. 1127 (JMF) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the State of New York in this matter because of my upcoming departure from the Office of the New York State Attorney General. The State of New York will continue to be represented in this matter by attorney Daniela Nogueira, who has previously entered her appearance. I am not asserting a retaining or charging lien.

DATED:  January 16, 2021
               Respectfully submitted,

               By: */s/ Matthew Colangelo*
               Matthew Colangelo
               Office of the New York State Attorney General
               28 Liberty Street
               New York, NY 10005
               Phone: (212) 416-6057
               Matthew.Colangelo@ag.ny.gov