# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK,

          Plaintiff,

    v.

CHAD F. WOLF, et al.,

          Defendants.

No. 20 Civ. 1127 (JMF)

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw

my appearance as attorney for the State of New York in this matter because of my upcoming

departure from the Office of the New York State Attorney General.  The State of New York will

continue to be represented in this matter by attorney Daniela Nogueira, who has previously

entered her appearance.  I am not asserting a retaining or charging lien.

DATED:  January 16, 2021

Application GRANTED.  The Clerk of Court is directed to update the docket accordingly and to terminate ECF No. 138.  SO ORDERED.

January 19, 2021

Respectfully submitted,

By: */s/ Matthew Colangelo*
Matthew Colangelo
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov