UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                                  Plaintiff,<br><br>     -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security,* et al.,<br><br>                                  Defendants. | No. 20 Civ. 1127 (JMF) |
| R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of themselves and all similarly situated individuals*,<br><br>                                  Plaintiffs,<br><br>     -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security*, et al.,<br><br>                                  Defendants. | No. 20 Civ. 1142 (JMF) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Alejandro Mayorkas was sworn in as Secretary of Homeland Security on February 2, 2021, and therefore was automatically substituted as a party to these actions pursuant to Rule 25(d) of the Federal Rules of Civil Procedure;

WHEREAS, Troy Miller assumed the position of Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection on January 20, 2021, and therefore was automatically substituted as a party to these actions pursuant to Rule 25(d) of the Federal Rules of Civil Procedure; and

WHEREAS, the Court directed the parties to file a stipulation and proposed order substituting the proper Defendants pursuant to Rule 25(d) of the Federal Rules of Civil Procedure by May 6, 2021;

Therefore, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is respectfully directed to amend the dockets in these actions to reflect that Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, has been substituted in place of Peter Gaynor.

2. The Clerk of the Court is respectfully directed to amend the dockets in these actions to reflect that Troy Miller, in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, has been substituted in place of Mark Morgan.

3. The Clerk of the Court is respectfully directed to amend the caption in *State of New York v. Wolf*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.), as follows:

STATE OF NEW YORK,

                Plaintiff,

    -v-

ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security,* UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TROY MILLER, *in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection*, and UNITED STATES CUSTOMS AND BORDER PROTECTION,

                Defendants.

No. 20 Civ. 1127 (JMF)

4. The Clerk of the Court is respectfully directed to amend the caption in *Lewis-McCoy v. Wolf*, No. 20 Civ. 1142 (JMF) (S.D.N.Y.), as follows:

| | |
|---|---|
| R. L'HEUREUX LEWIS-MCCOY, JAMIL DAKWAR, JOHN HARLAND GIAMMATTEO, S.T., *a minor, by and through her next friend, Amanda Hughes*, and PAUL VANDECARR, *on behalf of themselves and all similarly situated individuals*,<br><br>Plaintiffs,<br><br>-v-<br><br>ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security,* UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TROY MILLER, *in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection*, and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | No. 20 Civ. 1142 (JMF) |

Dated: May 4, 2021
      New York, New York

LETITIA JAMES
Attorney General of the State of New York

By:   */s/ Daniela Nogueira*
     DANIELA NOGUEIRA
     Office of the New York State
       Attorney General
     28 Liberty Street
     New York, New York 10005
     Tel.: (212) 416-6544
     Email: Daniela.nogueira@ag.ny.gov

*Attorneys for Plaintiff the State of New York*

Dated: May 4, 2021
      New York, New York

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   */s/ Zachary Bannon*
     ZACHARY BANNON
     ELIZABETH J. KIM
     CHRISTOPHER CONNOLLY
     Assistant United States Attorneys
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel.: (212) 637-2728/2745/2761
     Email: zachary.bannon@usdoj.gov
            elizabeth.kim@usdoj.gov
            christopher.connolly@usdoj.gov

*Attorney for Defendants*

Dated: May 4, 2021
      New York, New York

      NEW YORK CIVIL LIBERTIES UNION
      FOUNDATION

By:     _/s/ Antony P.F. Gemmell_____
        ANTONY P.F. GEMMELL
        MOLLY BIKLEN
        JESSICA PERRY
        JORDAN LARIS COHEN
        CHRISTOPHER T. DUNN
        New York Civil Liberties Union Foundation
        125 Broad Street
        New York, New York 10004
        Tel.: (212) 607-3320/3380/3318/3343/3318
        Email: agemmell@nyclu.org
              mbiklen@nyclu.org
              jperry@nyclu.org
              jlariscohen@nyclu.org
              cdunn@nyclu.org

*Attorneys for the Class Action Plaintiffs*


SO ORDERED:

Dated: New York, New York
      _____, 2021


_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE