UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                              Plaintiff,<br><br>     -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security,* et al.,<br><br>                              Defendants. | No. 20 Civ. 1127 (JMF) |
| R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of themselves and all similarly situated individuals*,<br><br>                              Plaintiffs,<br><br>     -v-<br><br>CHAD F. WOLF, *in his official capacity as Acting Secretary of Homeland Security*, et al.,<br><br>                              Defendants. | No. 20 Civ. 1142 (JMF) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Alejandro Mayorkas was sworn in as Secretary of Homeland Security on February 2, 2021, and therefore was automatically substituted as a party to these actions pursuant to Rule 25(d) of the Federal Rules of Civil Procedure;

WHEREAS, Troy Miller assumed the position of Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection on January 20, 2021, and therefore was automatically substituted as a party to these actions pursuant to Rule 25(d) of the Federal Rules of Civil Procedure; and

WHEREAS, the Court directed the parties to file a stipulation and proposed order substituting the proper Defendants pursuant to Rule 25(d) of the Federal Rules of Civil Procedure by May 6, 2021;

Therefore, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is respectfully directed to amend the dockets in these actions to reflect that Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, has been substituted in place of Peter Gaynor.

2. The Clerk of the Court is respectfully directed to amend the dockets in these actions to reflect that Troy Miller, in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, has been substituted in place of Mark Morgan.

3. The Clerk of the Court is respectfully directed to amend the caption in *State of New York v. Wolf*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.), as follows:

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                                    Plaintiff,<br><br>           -v-<br><br>ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security,* UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TROY MILLER, *in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection*, and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>                                    Defendants. | No. 20 Civ. 1127 (JMF) |

4. The Clerk of the Court is respectfully directed to amend the caption in *Lewis-McCoy v. Wolf*, No. 20 Civ. 1142 (JMF) (S.D.N.Y.), as follows:

| | |
|---|---|
| R. L'HEUREUX LEWIS-MCCOY, JAMIL DAKWAR, JOHN HARLAND GIAMMATTEO, S.T., *a minor, by and through her next friend, Amanda Hughes*, and PAUL VANDECARR, *on behalf of themselves and all similarly situated individuals*,<br><br>Plaintiffs,<br><br>-v-<br><br>ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security,* UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TROY MILLER, *in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection*, and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | No. 20 Civ. 1142 (JMF) |

Dated: May 4, 2021             Dated: May 4, 2021
        New York, New York                        New York, New York

LETITIA JAMES                            AUDREY STRAUSS
Attorney General of the State of New York     United States Attorney for the
                                                                    Southern District of New York

By:    */s/ Daniela Nogueira*                 By:    */s/ Zachary Bannon*
      DANIELA NOGUEIRA                         ZACHARY BANNON
      Office of the New York State                ELIZABETH J. KIM
        Attorney General                               CHRISTOPHER CONNOLLY
      28 Liberty Street                             Assistant United States Attorneys
      New York, New York 10005              86 Chambers Street, 3rd Floor
      Tel.: (212) 416-6544                       New York, New York 10007
      Email: Daniela.nogueira@ag.ny.gov      Tel.: (212) 637-2728/2745/2761
                                                       Email: zachary.bannon@usdoj.gov
*Attorneys for Plaintiff the State of New York*             elizabeth.kim@usdoj.gov
                                                               christopher.connolly@usdoj.gov

                                                               *Attorney for Defendants*

Dated: May 4, 2021
      New York, New York

      NEW YORK CIVIL LIBERTIES UNION
      FOUNDATION

By:    _/s/ Antony P.F. Gemmell_____
      ANTONY P.F. GEMMELL
      MOLLY BIKLEN
      JESSICA PERRY
      JORDAN LARIS COHEN
      CHRISTOPHER T. DUNN
      New York Civil Liberties Union Foundation
      125 Broad Street
      New York, New York 10004
      Tel.: (212) 607-3320/3380/3318/3343/3318
      Email: agemmell@nyclu.org
             mbiklen@nyclu.org
             jperry@nyclu.org
             jlariscohen@nyclu.org
             cdunn@nyclu.org

*Attorneys for the Class Action Plaintiffs*

SO ORDERED:

Dated: New York, New York
      _____May 5_____, 2021

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE