UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STATE OF NEW YORK, :
:
Plaintiff, : 20-CV-1127 (JMF)
:
-v- :
:
ALEJANDRO MAYORKAS, *in his official capacity as* :
*Acting Secretary of Homeland Security*, et al., :
:
Defendants. :
:
------------------------------------------------------------------X
:
R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of* :
*themselves and all similarly situated individuals*, :
: 20-CV-1142 (JMF)
Plaintiffs, :
:
-v- : ORDER
:
ALEJANDRO MAYORKAS, *in his official capacity as* :
*Acting Secretary of Homeland Security*, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed, and for the reasons stated, on the record at the conference conducted remotely be telephone earlier today, the parties shall file a joint letter updating the Court on the status of settlement discussions **no later than June 14, 2021**.

    SO ORDERED.

Dated: May 14, 2021
       New York, New York

                                                     JESSE M. FURMAN
                                                United States District Judge