

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 7, 2021

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *New York v. Mayorkas, et al.*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.)
             *Lewis-McCoy, et al. v. Mayorkas, et al.*, No. 20 Civ. 1142 (JMF) (S.D.N.Y.)

Dear Judge Furman:

    This Office represents the defendants in the above-referenced actions. We write jointly with the plaintiffs, and in accordance with the Court's August 6, 2021 order, Dkt. No. 152,[1] to provide the Court with an update on the parties' settlement discussions. Since our last status report, *see* Dkt. No. 151, the parties have continued to discuss the possibility of a consensual resolution of these matters. We have now reached settlements in principle in both matters and are currently discussing the final terms of our agreements. Accordingly, all parties respectfully request additional time to discuss settlement and propose to file a joint status letter informing the Court of our progress by October 8, 2021.

    We thank the Court for its attention to this matter.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                United States Attorney for the
                                Southern District of New York

                By:    /s/ Zachary Bannon
                         ZACHARY BANNON
                         CHRISTOPHER CONNOLLY
                         Assistant United States Attorneys
                         86 Chambers St. 3rd Floor
                         New York, New York 10007
                         Tel.:    212-637-2728

---

[1] Docket numbers refer to the docket of *New York v. Mayorkas*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.).