UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                           :

STATE OF NEW YORK,                         :

                          Plaintiff,          :          20-CV-1127 (JMF)

                                       :

        -v-                           :

ALEJANDRO MAYORKAS, *in his official capacity as*  :
*Acting Secretary of Homeland Security*, et al.,     :

                                       :

                    Defendants.      :

--------------------------------------------------------------------X
                                       :

R. L'HEUREUX LEWIS-MCCOY et al., *on behalf of*  :
*themselves and all similarly situated individuals*,    :

                                       :          20-CV-1142 (JMF)

                        Plaintiffs,      :

                                       :

        -v-                           :          <u>ORDER OF DISMISSAL</u>

ALEJANDRO MAYORKAS, *in his official capacity as*  :
*Acting Secretary of Homeland Security*, et al.,     :

                                       :

                    Defendants.      :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at ECF No. 153 in 20-CV-1127, ECF No. 151 in 20-CV-1142, that all claims asserted therein have been settled in principle, it is ORDERED that the above-entitled actions be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and

Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

 Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to docket this order in 20-CV-1127 and 20-CV-1142 and close both cases.

 SO ORDERED.

Dated: September 9, 2021
  New York, New York

_____
  JESSE M. FURMAN
  United States District Judge